# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS A. DUTTON-MYRIE, | : |
| Petitioner | : |
| | : CIVIL NO. 3:CV-13-2160 |
| v. | : |
| | : (Judge Caputo) |
| CRAIG LOWE, *et al.*, | : |
| Respondents | : |

# O R D E R

**AND NOW**, this **28th** day of **OCTOBER, 2014,** in accordance with the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Dutton-Myrie's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED.**

2. ICE shall treat the instant petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.4 and 241.13. ICE shall provide Mr. Dutton-Myrie with a response to his request within thirty (30) days.

3. The Clerk of Court is directed to serve a copy of the Petition and this Order on the Respondent and the United States Attorney.

4. The Clerk of Court is directed to mark this matter closed.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**